**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| **WILLIAM VINEYARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **WAL-MART, INC., WAL-MART** ) | **CIVIL ACTION NUMBER:** |
| **STORES, INC. ASSOCIATES' HEALTH** ) | **2:20-CV-00007-KS-MTP** |
| **AND WELFARE PLAN, and LINCOLN** ) | |
| **LIFE ASSURANCE COMPANY OF** ) | |
| **BOSTON,** ) | |
| ) | |
| **Defendants.** ) | |

**AGREED ORDER ON DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S MOTION TO DISMISS AND MOTION TO STRIKE**

By agreement of Plaintiff William Vineyard and Defendant Lincoln Life Assurance Company of Boston, Plaintiff's state law claims in the above-styled action are hereby DISMISSED WITH PREJUDICE.  Further, Plaintiff has disavowed his demand for a jury trial, and any such demand is hereby STRICKEN.

SO ORDERED AND ADJUDGED this 5th day of February, 2020.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE

2

**AGREED TO BY:**

*/s/ L. Clark Hicks*
L. Clark Hicks
Hicks Law Firm, PLLC
211 South 29th Avenue, Suite 201
Post Office Box 18350
Hattiesburg, Mississippi 39404
601.544.6770 (phone)
601.544.6775 (facsimile)

*Counsel for Plaintiff William Vineyard*


*/s/ Jason A. Walters*
Jason A. Walters
Bradley Arant Boult Cummings, LLP
1819 5th Avenue North
Birmingham, Alabama 35203
205.521.8000 (phone)
205.521.8800 (facsimile)
jwalters@bradley.com

*Attorney for Defendant Lincoln Life Assurance Company of Boston*